IN THE UNITED STATES OF AMERICA
COLORADO DISTRICT
Denver Division

Robert James Swint,
    Plaintiff,

-vs-

Chrystal Marie Swint,
    Defendant

NEW COMPLAINT
Civil Action:

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 13 2021
JEFFREY P. COLWELL
CLERK

COMPLAINT

## Jurisdiction

42 USC §§ 2000E Discrimination

## Facts

Plaintiff, Robert Swint, And Newly wed wife Defendant, Chrystal Swint, travel to Colorado for there honeymoon, where as once the United States had held her captive for a ransom, Sam Adams ledger has been paid, by Keith, the Joker. Now Is time to look for a home in the hills as we plan our

life together

Relief

1 Custom Built home Especially made for the 2 of us, with Rooms for Guests, No family, just guests where looking to retire, so even if family stays its in the guests house/rooms.

Joint Accounts stocked with Cash,
life Insurance for all under us
Donkey Punch Unlimited for life Cards
The Estate, The Deed And transfer of Power Publically announced

96  101
2   96
    101

RS

Robert Swint
2600 Center St, NE
Salem, OR 97301



PORTLAND OR 972
10 MAY 2021 PM 6 L

U.S. District Court
901 19th St.
Denver, Colorado 80294

Robert James Swint
2600 Center St, NE
Salem, OR 97301-2682